# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOSHUA DeANDA-ZAVALA, as an individual and on behalf of all other similarly situated Class Members,

Plaintiff,

v.

IFCO SYSTEMS US, LLC, a Delaware Corporation; MTNA, INC., a California Corporation; PEOPLEREADY, INC., a Washington Corporation; TRUEBLUE, INC., a Washington Corporation.; and DOES 1-100, inclusive,

Defendants.

Case No.: 1:25-cv-00413-KES-SKO

**ORDER GRANTING STIPULATION TO FURTHER EXTEND DEFENDANTS IFCO SYSTEMS US, LLC'S AND MTNA, INC.'S TIME TO RESPOND TO COMPLAINT**

(Doc. 13)

## **ORDER**

Based on the parties' stipulation, (Doc. 13), and for good cause shown, IT IS HEREBY ORDERED, that Defendants IFCO SYSTEMS US, LLC and MTNA, INC., shall file their pleadings responsive to Plaintiff JOSHUA DeANDA-ZAVALA's Complaint, (Doc. 1), on or before June 13, 2025.

IT IS SO ORDERED.

Dated:  **May 15, 2025**                    _/s/ Sheila K. Oberto_

UNITED STATES MAGISTRATE JUDGE