1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8
9

JOSHUA DeANDA-ZAVALA, as an individual and on behalf of all other similarly situated Class Members,

10

Plaintiff,

11

v.

12
13
14
15

IFCO SYSTEMS US, LLC, a Delaware Corporation; MTNA, INC., a California Corporation; PEOPLEREADY, INC., a Washington Corporation; TRUEBLUE, INC., a Washington Corporation.; and DOES 1-100, inclusive,

16

Defendants.

CASE NO. 1:25-cv-00413-KES-SKO

**ORDER GRANTING THIRD STIPULATION TO FURTHER EXTEND DEFENDANTS IFCO SYSTEMS US, LLC'S AND MTNA, INC.'S TIME TO RESPOND TO COMPLAINT**

**(Doc. 20)**

17
18
19
20
21
22
23

    Having reviewed and considered the Third Stipulation to Further Extend Defendants IFCO Systems US, LLC's and MTNA, Inc.'s Time to Respond to Complaint (the "Stipulation") (Doc. 20), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation: IFCO's and MTNA's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's Complaint shall be and hereby is extended to and including **July 14, 2025**.

24
25

IT IS SO ORDERED.

26

Dated:  __June 11, 2025__                    ____/s/ Sheila K. Oberto____

27

UNITED STATES MAGISTRATE JUDGE

28