**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA DeANDA-ZAVALA, as an individual and on behalf of all other similarly situated Class Members,<br><br>Plaintiff,<br><br>v.<br><br>IFCO SYSTEMS US, LLC, a Delaware Corporation; MTNA, INC., a California Corporation; PEOPLEREADY, INC., a Washington Corporation; TRUEBLUE, INC., a Washington Corporation.; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 1:25-cv-00413-KES-SKO<br><br>**ORDER GRANTING STIPULATION TO:**<br><br>**(1) SET BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTIONS TO COMPEL INDIVIDUAL ARBITRATION;**<br><br>**(2) FURTHER EXTEND DEFENDANTS IFCO SYSTEMS US, LLC'S AND MTNA, INC.'S TIME TO RESPOND TO COMPLAINT; AND**<br><br>**(3) CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>(Doc. 23) |

[PROPOSED] ORDER

# ORDER

Having reviewed and considered the parties' Stipulation to: (1) Set Briefing and Hearing Schedule on Defendants' Motions To Compel Individual Arbitration (MTCIA); (2) Further Extend Defendants IFCO Systems US, LLC's and MTNA, Inc.'s Time to Respond to Complaint; and (3) Continue Scheduling Conference and Related Deadlines (the "Stipulation"), (Doc. 23), the Court finds good cause to further extend Defendant's time to respond to the complaint to give the parties additional time to attempt to informally resolve the arbitration issues to be raised in the MTCIAs. IT IS HEREBY ORDERED that the Stipulation shall be and hereby is GRANTED as follows:

1. The MTCIAs shall be briefed and heard according to the following schedule agreed to by the Parties:

| Event | Date |
| --- | --- |
| Deadline to file MTCIA | August 18, 2025 |
| Deadline to file Plaintiff's Oppositions | September 1, 2025 |
| Deadline for Defendants to file Replies to Oppositions | September 11, 2025 |
| Hearing before District Judge Sherriff | October 20, 2025 |

2. IFCO/MTNA's deadline to file the Rule 12 Motions or any other motions, pleadings, or other filings responsive to the Complaint shall be and hereby is protectively extended to 30 days after the later of either entry of the Court's Order denying the IFCO/MTNA MTCIAs or remand of the action to this Court after final appellate affirmance of such an order if an appeal is taken therefrom; and

3. The Scheduling Conference currently scheduled for August 5, 2025, at 9:45 a.m., shall be and hereby is continued to January 20, 2026 at 9:30 a.m., with the Parties' Joint Rule 26(f) Report due no less than one (1) full week prior to the date of the continued Scheduling Conference.

IT IS SO ORDERED.

Dated: __July 10, 2025__        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER
4898-5150-1138.3