1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DeANDA-ZAVALA, as an individual and on behalf of all other similarly situated Class Members,<br><br>Plaintiff,<br><br>v.<br><br>IFCO SYSTEMS US, LLC, a Delaware Corporation; MTNA, INC., a California Corporation; PEOPLEREADY, INC., a Washington Corporation; TRUEBLUE, INC., a Washington Corporation.; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 1:25-cv-00413-KES-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS IFCO SYSTEMS US, LLC'S AND MTNA, INC'S DEADLINE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL INDIVIDUAL ARBITRATION [DKT. #26] TO ALLOW FOR TAKING OF PLAINTIFF'S DEPOSITION**<br><br>Current Reply Deadline:    9/11/2025<br>Proposed Reply Deadline:   9/15/2025 |

ORDER

**ORDER**

Having reviewed and considered the Stipulation to Extend Defendants IFCO Systems US, LLC's and MTNA, Inc.'s Deadline to File Reply in Further Support of Motion to Compel Individual Arbitration [Dkt. #26] to Allow for Taking of Plaintiff's Deposition (the "Stipulation"), and good cause appearing for the relief requested therein, IT IS HEREBY ORDERED that the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. IFCO's and MTNA's deadline to file their Reply in support of the Motion shall be and hereby is extended to September 15, 2025, to allow for the taking of Plaintiff's deposition; and

2. By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, remedies, defenses, and challenges in this action, including, without limitation, as to all parties' pleadings and/or the claims and defenses asserted therein, as well as any arbitration issues, further extensions of briefing and responsive pleading deadlines, and further depositions of Plaintiff on other issues in this action.

IT IS SO ORDERED.

Dated:   September 8, 2025

_____
UNITED STATES DISTRICT JUDGE