UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DeANDA-ZAVALA, as an individual and on behalf of all other similarly situated Class Members,<br><br>Plaintiff,<br><br>v.<br><br>IFCO SYSTEMS US, LLC, a Delaware Corporation; MTNA, INC., a California Corporation; PEOPLEREADY, INC., a Washington Corporation; TRUEBLUE, INC., a Washington Corporation.; and DOES 1-100, inclusive,<br><br>Defendants. | No.  1:25-cv-00413-KES-SKO<br><br>**ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS PEOPLE READY, INC. AND TRUEBLUE INC.**<br><br>(Doc. 33) |

On September 12, 2025, Plaintiff filed a Notice for Voluntary Dismissal as to Defendants People Ready, Inc. and TrueBlue Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 33.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiff filed a notice of dismissal of this case as to Defendants People Ready, Inc. and TrueBlue Inc. prior to the service of an answer or motion for summary judgment by any defendant, this case has automatically terminated as to Defendants People Ready, Inc. and TrueBlue Inc. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendants People Ready, Inc. and TrueBlue Inc.

1  This case shall remain OPEN pending resolution of Plaintiff's case against the remaining
2  defendants.

IT IS SO ORDERED.

Dated:  **September 12, 2025**           /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

2