**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA DeANDA-ZAVALA, as an individual and on behalf of all other similarly situated Class Members,<br><br>    Plaintiff,<br>    v.<br><br>IFCO SYSTEMS US, LLC, a Delaware Corporation; MTNA, INC., a California Corporation; PEOPLEREADY, INC., a Washington Corporation; TRUEBLUE, INC., a Washington Corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 1:25-cv-00413-KES-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PEOPLEREADY, INC. AND TRUEBLUE, INC. TO RESPOND TO IFCO SYSTEMS US, LLC'S FIRST AMENDED CROSS-COMPLAINT**<br><br>**(Doc. 48)** |
| IFCO SYSTEMS US, LLC, a Delaware Corporation,<br><br>Cross-Complainant,<br>    v.<br><br>PEOPLEREADY, INC., a Washington Corporation; TRUEBLUE, INC., a Washington Corporation; and DOES 1 through 50, inclusive,<br><br>    Cross-Defendants. | |

Having reviewed and considered the Stipulation to Extend Deadline for PeopleReady, Inc. and TrueBlue, Inc. to Respond to IFCO Systems US, LLC First Amended Cross-Complaint (the "Stipulation") (Doc. 48), and good cause appearing for the relief requested therein,

IT IS HEREBY ORDERED that the Stipulation shall be and hereby is GRANTED as follows, using the same terms as defined and used in the Stipulation:

1. PeopleReady's deadline to respond to the FACC shall be and hereby is extended to 14 days from the date on which the Court enters its Order on the Good Faith Settlement Motion; and

2. By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, remedies, defenses, and challenges in this action, including, without limitation, as to all parties' pleadings and/or the claims and defenses asserted therein, as well as any arbitration issues and further extensions of responsive pleading deadlines.

IT IS SO ORDERED.

Dated: **October 31, 2025**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE